UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALO VASQUEZ *et al.*,
                      Plaintiffs,

-v-

OASIS HOSPITALITY INC. *et al.*,
                      Defendants.

19-CV-6503 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 30.) The proposed settlement involves $11,500.00 to be allocated to Plaintiff Talo Vasquez in connection with her FLSA claims. (*Id.*)

      Plaintiff's counsel represents that one-third of the settlement sum will be collected in attorney's fees and costs. (Dkt. No. 30 at 2.) However, counsel's brief miscalculates this sum, and quotes it at $4,312.00, which is approximately 37.5% of the settlement sum. (*Id.*) Because counsel's brief repeatedly refers to the one-third figure, the court construes the motion as a request for approval of a one-third award of costs and fees, *i.e.*, $3,833.00.

      The Court has reviewed the terms of the proposed settlement, construed as explained above, and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

      To that end, the proposed settlement at Docket Number 30 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

      The Clerk of Court is directed to close the case.

2

SO ORDERED.

Dated: July 30, 2020
      New York, New York

                                                 J. PAUL OETKEN
                                             United States District Judge